**Order entered August 26, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00100-CR

**CHRISTOPHER ROMMELL MCKINNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-75306-M**

### ORDER

The reporter's record was due May 20, 2020. When it was not filed, we notified court reporter Belinda Baraka by postcard dated May 22, 2020 and directed her to file the reporter's record by June 21, 2020. On June 30, 2020, Ms. Baraka filed a request for extension of time which we granted, making the reporter's record due on July 31, 2020. To date, the record has not been filed and we have had no further communication from Ms. Baraka.

We **ORDER** court reporter Belinda Baraka to file the complete reporter's record in this appeal within **TWENTY DAYS OF THE DATE OF THIS ORDER.** We caution Ms. Baraka that the failure to do so will result in the Court taking whatever action it deems appropriate to ensure that this appeal proceeds in a more timely fashion, which may include ordering that Ms. Baraka not sit as a court reporter until the reporter's record in this appeal is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE